# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| ALLIANCE OF NONPROFIT MAILERS, | ) | |
| | ) | |
| *Petitioner*, | ) | No. 13-1006 |
| | ) | |
| v. | ) | On Petition for Review |
| | ) | of an Order of the Postal |
| POSTAL REGULATORY COMMISSION | ) | Regulatory Commission |
| | ) | |
| and | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Respondents*. | ) | |

## ALLIANCE OF NONPROFIT MAILERS
## STATEMENT OF ISSUE TO BE RAISED

Whether the Postal Regulatory Commission's approval of rates for Standard Mail that offer smaller worksharing discounts to nonprofit mailers than to commercial mailers was arbitrary, capricious, unsupported by substantial evidence, and contrary to 39 U.S.C. § 403(c) and other provisions of Title 39, United States Code.

Respectfully submitted,

/s/

_____
David M. Levy (D.C. Bar No. 293407)
Matthew D. Field (D.C. Bar No. 485997)
VENABLE LLP
575 7th Street N.W.
Washington, D.C. 20004
Telephone: (202) 344-4732

*Counsel for Alliance of Nonprofit Mailers, Petitioner*

February 11, 2013

# CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing today with the Clerk of the Court for the U.S. Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. All participants are registered CM/ECF users, and will be served by the appellate CM/ECF system.

/s/ David M. Levy

David M. Levy

*Counsel for Alliance of Nonprofit Mailers, Petitioner*

February 11, 2013