# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ALLIANCE OF NONPROFIT MAILERS, ) <br> ) <br> *Petitioner*, ) <br> ) <br> v. ) <br> ) <br> POSTAL REGULATORY COMMISSION and ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> *Respondents*, ) <br> ) <br> UNITED STATES POSTAL SERVICE, ) <br> ) <br> *Intervening Respondent*. ) | No. 13-1006 <br><br> On Petition for Review of an Order of the Postal Regulatory Commission |

## UNOPPOSED MOTION OF
## ALLIANCE OF NONPROFIT MAILERS
## TO DISMISS PETITION FOR REVIEW

Pursuant to Fed. R. App. P. Rule 42(b), the Alliance of Nonprofit Mailers respectfully moves for voluntary dismissal of its petition for review in this docket, with each party to bear its own costs. In support thereof, the Alliance respectfully states:

(1) In March 2013, the Alliance and the intervening respondent, the United States Postal Service, reached agreement on prospective standards to govern the underlying pricing issues that are the subject of this review proceeding.

(2) On March 13, 2013, ANM and the Postal Service jointly moved the Postal Regulatory Commission to adopt the agreed-upon standards in Docket No. ACR2012, *Annual Compliance Determination, 2012*.

(3) On March 28, 2013, the Commission accepted the proposed standards in its final decision in Docket No. ACR2012. *Annual Compliance Determination Report: Fiscal Year 2012* (issued March 28, 2013) at 24-25 (available at [www.prc.gov/Docs/86/86729/2012_PRC_ACD.pdf](www.prc.gov/Docs/86/86729/2012_PRC_ACD.pdf)). The Commission's approval of the settlement agreement between the Alliance and the Postal Service satisfies the concerns that caused the Alliance to seek judicial review in this docket.

(4) We are authorized to state that the respondents (Postal Regulatory Commission and United States of America) and the intervening respondent (United States Postal Service) consent to dismissal of the case, with each party bearing its own costs.

    Respectfully submitted,

    /s/
    _____

    David M. Levy (D.C. Bar No. 293407)
    Matthew D. Field (D.C. Bar No. 485997)
    VENABLE LLP
    575 7th Street N.W.
    Washington, D.C. 20004
    (202) 344-4732

    *Counsel for Alliance of Nonprofit Mailers, Petitioner*

April 4, 2013

# CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing today with the Clerk of the Court for the U.S. Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. All participants are registered CM/ECF users, and will be served by the appellate CM/ECF system.

/s/

David M. Levy

*Counsel for Alliance of Nonprofit Mailers, Petitioner*

April 4, 2013