# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 13-1006**             **September Term, 2012**

PRC-R2013-1

Filed On: April 16, 2013 [1431118]

Alliance of Nonprofit Mailers,

      Petitioner

    v.

Postal Regulatory Commission and United States of America,

      Respondents

------------------------------

United States Postal Service,
      Intervenor

## O R D E R

Upon consideration of petitioner's motion to dismiss the petition for review, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the Postal Regulatory Commission a certified copy of this order in lieu of formal mandate.

                                            FOR THE COURT:
                                            Mark J. Langer, Clerk

                    BY:     /s/
                                      Mark A. Butler
                                      Deputy Clerk